### 29160. JOWERS v. THE STATE.

GARDNER, J. This case is controlled in principle by *Clemmons* v. *State*, ante. Jowers and Clemmons were jointly indicted and jointly tried, and were convicted on the same issues of law and fact.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED OCTOBER 4, 1941.

*McDonald & McDonald,* for plaintiff in error.
*Harvey L. Jay, solicitor-general pro tem.,* contra.